JASON H. SUNSHINE (NY SBN: 5652474)
*jsunshine@pessahgroup.com*
MAURICE D. PESSAH (Cal SBN: 275955; *Pro Hac Vice* Pending)
*maurice@pessahgroup.com*
**PESSAH LAW GROUP, PC**
661 N Harper Ave., Suite 208
Los Angeles, CA 90048
Tel. (310) 772-2261

*Attorneys for Plaintiff*
DREW AUSTIN SPECKMAN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW AUSTIN SPECKMAN, in both his personal capacity and as sole incorporator of RapStudy, Inc, a Delaware Corporation;<br><br>    Plaintiff.<br><br>-against-<br><br>COSIMO FABRIZIO, an individual; ADRIAN LEE, an individual; REZA MADHAVAN, an individual, and DOES 1-50, inclusive;<br><br>    Defendants. | Civil Action No. 3:21-CV-0602 (DNH/ML)<br><br>**DECLARATION OF MAURICE D. PESSAH IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR: (1) A TEMPORARY RESTRAINING ORDER AND (2) AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF LAW IN SUPPORT THEREOF**<br><br>[Filed concurrently with: (1) *Ex Parte* Application for Temporary Restraining Order; (2) An Order to Show Cause Re Preliminary Injunction; (3) Memorandum of Law in Support Thereof; (4) Declarations of Drew A. Speckman, Jason H. Sunshine; Complaint] |

1

## DECLARATION OF MAURICE D. PESSAH IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Maurice D. Pessah, hereby declare:

1. I am an attorney at law, duly licensed and in good standing to practice law before all state and federal courts in the State of California. My *pro hoc vice* admission to th Northern District of New York is currently pending. I am the founder of Pessah Law Group, P.C., counsel of record for Plaintiff Drew Speckman ("Plaintiff"). Jason H. Sunshine, as Associate Attorney at my firm, is admitted to practice in the State of New York and before this Honorable Court. I am familiar with and have personal knowledge of the file in this matter and the facts described below. If called upon as a witness, I could and would competently testify to the following facts.

2. In the course of representing Plaintiff, I conducted research on Defendants Cosimo Fabrizio, Reza Madhavan, and Adrian Lee, as well as non-party Claire Choi. In the course of my research, I uncovered evidence of close personal ties between the Defendants and Choi, including regular socializing and consumption of alcoholic beverages. On May 10, 2021, the day before Plaintiff's ouster, Choi posted an Instagram tribute to Defendant Fabrizio to celebrate his birthday. **Attached hereto as Exhibit A is a screenshot of Choi's May 10, 2021 Instagram post**. On May 16, 2021, Choi posted a convivial photo of Defendant Madhavan drinking an alcoholic beverage. It was apparent from her social media post that she and Defendant Madhavan are friends. **Attached as Exhibit B is a screenshot of Choi's May 16, 2021, Instagram post.**

I declare under penalty of perjury of the laws of the State of California and New York and of the United States of America that the foregoing is true and correct.

Executed this 24th day of May, 2021 at Los Angeles, California.

By: /s/ MAURICE D. PESSAH

Maurice D. Pessah

**EXHIBIT A**



**EXHIBIT B**

