# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Maurice David Pessah__, Bar No. __275955__

was duly admitted to practice in this Court on __July 19, 2011__
<small>DATE</small>

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __May 25, 2021__
<small>Date</small>



KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher , Deputy Clerk

G-52 (10/15)          CERTIFICATE OF GOOD STANDING - BAR MEMBER