**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DREW AUSTIN SPECKMAN, in both his personal capacity and as sole incorporator of RapStudy, Inc, a Delaware Corporation.<br><br>Plaintiff,<br><br><br>-against-<br><br>COSIMO FABRIZIO, an individual; ADRIAN LEE, an individual; REZA MADHAVAN, an individual, and DOES 1-50, inclusive;<br><br>Defendants. | Civil Action No. 3:21-CV-0602 (DNH/ML) |

**MOTION FOR ADMISSION _PRO HAC VICE_**

Pursuant to N.D. NY LOC. R. 83.1(d), I, Jason H. Sunshine, attorney for Plaintiff Drew Speckman in the above-referenced action, hereby move the Court to admit Michael Morris Nussbaum _pro hac vice_ to appear and participate as co-counsel in this case for the Plaintiff.

Movant represents that admit Michael Morris Nussbaum is qualified and licensed to practice law before the courts of the 9th District and is a member in good standing of that bar. Movant finds Maurice D. Pessah to be of high moral character and suitable for admission to the United States.

District Court for the Northern District of New York.

admit Michael Morris Nussbaum's relevant identifying information is as follows:

661 N Harper ave, suite 208
Los Angeles, CA, 90048
Tel: (310) 772-2261
*mmnussbaum@pessahgroup.com*

Dated: May 26, 2021

Respectfully submitted,

Michael Morris Nussbaum
*mmnussbaum@pessahgroup.com*
Pessah Law Group
661 N Harper ave, suite 208
Los Angeles, CA, 90048
Tel: (310) 772-2261
Attorney for:
Drew Speckman



# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

**Personal Statement (Personal Information, Business Information, Good Standing, Education)**
**Personal Information**

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

Residence Address:

| City: | State: | Zip: | County: |
|---|---|---|---|

**Business Information**

Affiliation/Firm:

Address:

| City: | State | Zip | County |
|---|---|---|---|

E-Mail:

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|

**Good Standing**

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

| | | |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | Yes | No |
| Are there any disciplinary proceedings presently pending against you? | Yes | No |
| Have you ever been censured or suspended from practice before any court? | Yes | No |
| Have you ever been denied admission or readmission to the bar of any court? | Yes | No |
| If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings. | | |

**Education**

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| | | | |
| | | | |

Revised 12/2019

Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location:

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____          _____

Signature                                                                                      Date

Revised 12/2019

**United States District Court**
**Northern District of New York**

**NEW ATTORNEY E-FILING REGISTRATION FORM**

*Enter your full name, as it will appear on your official Admission Certificate.   Select your method of admission and enter the required information.   Complete and sign the Oath on Admission.*

|  |  |  |  | Sr. | Jr. |
|--|--|--|--|-----|-----|
| NAME: | First | Middle | Last | II | III |

**STANDARD ADMISSION** see L.R. 83.1(a)
Applicants who are not admitted to practice in the Federal Courts of New York.

**RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

**PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion   for   Limited   Admission   Pro   Hac   Vice   in
Applicant required to file a Pro Hac Vice access request in PACER.      (case number)
Email address

**FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
          Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S.
           Government, who is admitted to practice in other Federal Districts
          Attorney in the employ of the United States Government who is **not** admitted
           in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

**SPECIAL ADMISSION CEREMONY** scheduled on      /    /      in                          , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

**BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

**Oath on Admission**

I, _____ , do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:      /    /

_____
*Attorney Signature*

**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF** ) | |
| ) | |
| Michael Morris Nussbaum ) | **ORDER** |
| ) | |
| ) | |
| **TO BE ADMITTED TO THE UNITED STATES** ) | |
| **DISTRICT COURT FOR THE NORTHERN** ) | |
| **DISTRICT OF NEW YORK** ) | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _Michael Morris Nussbaum_ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :

_Speckman v. Fabrizio, et al._.

IT IS SO ORDERED

Dated : _____

_____
☐ U.S. District Judge
☐ U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

**Petition of :** _____                         **DECLARATION
                                                                                OF
                                                                              SPONSOR**

_____

STATE OF NEW YORK
COUNTY OF                    _____

_____, being duly sworn, depose and say:

**1.**      That I am an attorney associated with the law firm of _____,

and am a member in good standing with the United States District Court for the Northern District of

New York.   My NYND Bar Roll Number is: _____.

**2.**      I make this Declaration in support of the admission of _____.

**3.**      I have known _____ since _____,

and find him / her to be of high moral character and suitable for admission to the United States District

Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Dated this _____, day of _____, 20_____.**

_____
**SPONSOR**

# United States District Court

### Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Michael Joseph Morris-Nussbaum__ , Bar No. ___317416___

was duly admitted to practice in this Court on __December 14, 2017__
<span style="font-size:small">DATE</span>

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___May 26, 2021___
<span style="font-size:small">Date</span>

KIRY K. GRAY
Clerk of Court

By _Shea Bourgeois_

Shea Bourgeois , Deputy Clerk

## CERTIFICATE OF SERVICE

I, Jason Sunshine, hereby certify that on May 27, 2021, I electronically filed the correct

copies of below listed documents with the Clerk of the court using the CM/ECF system,

1. Motion for Admission *Pro Hac Vice;*

2. Certificate of Good Standing;

3. [Proposed] Order for Admission *Pro Hac Vice*;

4. Declaration of Sponsor

5. New Attorney e-filing registration form

6. Petition for admission to practice *Pro Hac Vice*; and

7. Certificate of Service

I further certify that I have caused the document to be mailed by First Class USPS Mail

to the following:

Cosimo Fabrizio
400 Stewart Ave Apt 3A,
Ithaca, NY 14850

Madhavan Reza
112 Highland Place,
Ithaca, NY 14850

Jason H. Sunshine

Attorney for:
Drew Speckman